IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH C. PERRY,

    Plaintiff,

v.                                                                              No. 18-cv-944 MV/KBM

NEW MEXICO CORRECTIONS DEPARTMENT,
and DAVID JABLONSKI

    Defendants.

## ORDER EXCUSING FURTHER OBLIGATIONS PENDING INITIAL REVIEW

Before the Court is Plaintiff's Civil Complaint alleging constitutional violations (Doc. 6-1). Defendants removed the Complaint to Federal District Court on October 10, 2018. (Doc. 1). Because Plaintiff is a prisoner who seeks redress from a governmental entity, the Court must screen the Complaint pursuant to 28 U.S.C. § 1915A. *Sua sponte* dismissal is required if the Complaint fails to state a cognizable claim or seeks monetary relief from a defendant who is immune. 28 U.S.C. §1915A(b). Section 1997(e) of Title 42 further provides that a defendant may decline to reply to any action brought by a prisoner until the Court orders a response. 42 U.S.C. §1997e(g)(1)-(2). Based on these authorities, it is appropriate to excuse all further obligations by either party until after the Court completes the initial review process.

**IT IS ORDERED** that until further Order by the Court, the parties are excused from any pre-screening obligations, including responding to the other's filings. The Court will enter a separate order setting further deadlines once screening is complete.

_____
UNITED STATES MAGISTRATE JUDGE